Scott A. Staples, OSB No. 132572
scotts@stlaw.com
Schauermann Thayer Jacobs Staples & Edwards
1700 E. Fourth Plain
Vancouver, Washington 98661
Phone: (360) 695-4244
Fax (360) 696-0583

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| STEVEN PAUL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>I&S TRANSPORTATION, LLC, I&S TRANSPORTATION, INC., and MUKHAMMADJON LATIPOV,<br><br>　　　　Defendants. | Civil No. 2:23-cv-01697<br><br>**COMPLAINT** |

Plaintiff, STEVEN PAUL, for his Claim for Relief against Defendants, I&S TRANSPORTATION, LLC, I&S TRANSPORTATION, INC., and MUKHAMMADJON LATIPOV alleges:

1.

Plaintiff STEVEN PAUL is now and was at the time of the events alleged herein an individual resident of the State of Iowa.

///

COMPLAINT - 1

Schauermann Thayer
700 E Fourth Plain Blvd
Vancouver, WA 98661
(360) 695-4244

2.

Defendants I&S TRANSPORTATION, LLC, and I&S TRANSPORTATION, INC. (hereinafter "I&S") are and were at the time of the events alleged herein and at all times material businesses registered to do business in the states of Ohio and Illinois, and operated a trucking/transportation business serving areas throughout the nation, including Malheur County, Oregon.

3.

Defendant MUKHAMMADJON LATIPOV was, on information and belief, at the time of the events alleged herein an individual resident of the state of New York, and is now a resident of the state of Maryland.

4.

This court has jurisdiction of the claims made in this matter under 28 U.S.C. Sec. 1332(a)(1), because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.

5.

Venue is proper in the Pendleton Division of the United States District Court for the District of Oregon under 28 U.S.C. Sec. 1391(b)(1) and (2), because the acts and omissions giving rise to the claim made herein occurred in Malheur County, Oregon, and within the Pendleton Division of the United States District Court for the District of Oregon.

6.

The lawsuit arises from an incident that occurred on December 8, 2021, on US-95 near Jordan Valley, Malheur County, Oregon. Plaintiff STEVEN PAUL had been driving a semi-truck and trailer southbound on US-95 near the intersection with Silver City Road, in the course

COMPLAINT - 2



Schauermann Thayer
700 E Fourth Plain Blvd
Vancouver, WA 98661
(360) 695-4244

of his employment with Miksch Farms, LLC. Defendant LATIPOV was, at that same time and place, driving a semi-truck northbound on US-95, in the course and scope of his employment with Defendants I&S. Defendant LATIPOV drove the I&S semi-truck in such a manner as to lose control of the vehicle, causing it to cross into the southbound lanes of US-95 and collide head-on with the semi driven by Plaintiff, and causing Plaintiff injuries as are hereinafter set forth.

7.

Defendant LATIPOV was negligent in one or more of the following particulars:

a. Failure to keep proper lookout;

b. Failure to drive a safe speed, and specifically in relation to the weather and roadway conditions under ORS 811.100;

c. Failure to maintain control of the vehicle;

d. Violation of Oregon Revised Statutes § 811.135, which prohibits any driver from driving a vehicle on a highway in a manner that endangers or is likely to endanger any person or property. This violation constitutes negligence *per se*;

e. Violation of Oregon Revised Statutes § 811.370, which prohibits any driver from moving from his lane without making certain that the movement can be made with safety. This violation constitutes negligence *per se*;

f. Violation of Oregon Revised Statutes § 811.375, which prohibits any driver from changing lanes when the movement cannot be made with reasonable safety.

///

///

///

COMPLAINT - 3

Schauermann Thayer
700 E Fourth Plain Blvd
Vancouver, WA 98661
(360) 695-4244

8.

Defendants I&S are vicariously liable under the doctrine of respondeat superior for the negligence of Defendant LATIPOV in the operation of the semi-truck as described in paragraph 6.

9.

Defendants I&S were negligent in one or more of the following particulars:

   a. failure to adequately supervise and/or train Defendant LATIPOV;

   b. negligently hiring/retaining Defendant LATIPOV.

10.

As a direct, proximate and foreseeable result of the acts and omissions of the Defendants as described in paragraphs 6-8, Plaintiff sustained injuries to his head, neck, mid/low back, chest, left hand/left middle finger, right hand, bilateral knees, and left and right hip areas, including but not limited to: concussion with loss of consciousness; headaches; cervical spine ligament sprain; lumbar spine ligament sprain; multiple rib fractures; right hand laceration; left leg abrasions; left leg cellulitis; bilateral knee pain; right thigh numbness; right hip labral tear; partial hamstring tear; femoral cutaneous nerve pain/meralgia paresthetica; intrusive thoughts/flashbacks of the collision.

11.

Plaintiff's injuries caused by the events described above caused him to be physically unable to return to his normal occupation of commercial truck driver from the date of the incident through March 9, 2022, and again from August 29, 2022 until October 14, 2023. Currently and for the foreseeable future he is able to work, but in a lower-paying position with

his employer than he had prior to his injuries. Some of the injuries he sustained are likely permanent in nature.

12.

Plaintiff's injuries are permanent in nature and have caused him past and future impairment of activities and enjoyment of life, as well as past and future pain, suffering, and inconvenience, all to his non-economic damages in an amount to be proven at trial, but which amount is no less than $1,500,000.

13.

As a further, direct and foreseeable result of the acts and omissions of the Defendants and their employee as described in paragraphs 6-8, Plaintiff has sustained economic damages as follows: reasonable and necessary medical care, prescriptions, medications and services in the past, in the approximate amount of $75,000, or such sum as determined according to proof at trial; and reasonable and necessary medical care, prescriptions, medications and services which it is probable he will sustain in the future in the approximate amount of $20,000, or such sum as determined according to proof at trial.

14.

As a further, direct and foreseeable result of the acts and omissions of Defendants, Plaintiff has sustained economic damages as follows: loss of income in the past, in the approximate amount of $159,000, or such sum as determined according to proof at trial; and loss of income and/or earning power which it is probable he will sustain in the future in such sum as determined according to proof at trial, but which amount is no less than $150,000.

COMPLAINT - 5



Schauermann Thayer
700 E Fourth Plain Blvd
Vancouver, WA 98661
(360) 695-4244

15.

WHEREFORE, Plaintiff STEVEN PAUL prays for judgment against Defendants as follows:

1. For economic damages, past and future, in such sum as determined according to proof at trial;

2. For non-economic damages, past and future, in such sum as determined according to proof at trial; and

3. For costs and disbursements incurred herein.

DATED this 16 day of November, 2023.

RESPECTFULLY SUBMITTED

_____
Scott A. Staples, OSB 132572
Attorney for Plaintiff
Schauermann Thayer Jacobs Staples & Edwards
1700 E. Fourth Plain
Vancouver, Washington 98661
ScottS@stlaw.com
(360) 695-4244

