IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Steven Paul**

          Plaintiff,

   v.

**I&S Transportation, LLC, et al**

          Defendants.

_____

Civ. No. 2:23-cv-1697-HL

JUDGMENT

This case is DISMISSED.

DATED: February 11, 2025

                            Melissa Aubin, Clerk of the Court

                            By:  /s/E. Potter_____
                                Deputy Clerk

1 – JUDGMENT